UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUSAN B. BRAND,

                        Plaintiff,

    -against-                                    19 **CIVIL** 7263 (CS)

                                                      **JUDGMENT**

NEW ROCHELLE CITY SCHOOL DISTRICT,
JOSEPH WILLIAMS, KIMMERLY NIEVES,
and URAL HOGANS,

                        Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 7, 2022, Defendants' motion for summary judgment is GRANTED. The federal claims are dismissed with prejudice and the state claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       March 7, 2022

                                                    **RUBY J. KRAJICK**

                                                        Clerk of Court

                               BY:

                                                        **Deputy Clerk**